UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-2160-AC<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding in this action in pro per. On November 25, 2013, the undersigned granted plaintiff's motion to proceed in forma pauperis. ECF No. 3. Plaintiff was also directed to do the following by December 9, 2013: (1) supply the United States Marshal with all the information needed for the Marshall to effect service of process; and (2) file a statement with the court that said documents have been submitted to the United States Marshal. Id. Plaintiff has not submitted the necessary documents to the United States Marshal and has not filed a statement with the court that said documents have been submitted.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to

////

////

Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: October 3, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE